Affirmed and Memorandum Opinion filed February 5, 2009








Affirmed
and Memorandum Opinion filed February 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00441-CR

NO. 14-07-00442-CR

____________

 

DELVIN E. BRADFORD,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 174th District
Court

Harris County, Texas

Trial Court Cause Nos.
1085154, 1085155

 



 

M E M O R A N D U M   O P I N I O N








Appellant
entered a plea of guilty to the offenses of attempted capital murder (Trial
Court Cause No. 1085154, Appeal No. 14-07-00441-CR) and possession of a
controlled substance with intent to deliver (Trial Court Cause No. 1085155,
Appeal No. 14-07-00442-CR).  On May 23, 2007, the trial court sentenced
appellant in both causes to confinement for twenty-five years in the
Institutional Division of the Texas Department of Criminal Justice.  The trial
court ordered the sentences to run concurrently.  Appellant filed a notice of
appeal in both causes.

Appellant=s appointed counsel filed a brief in
which he concludes the appeals are wholly frivolous and without merit. The
brief meets the requirements of Anders v. California, 386 U.S. 738, 87
S.Ct. 1396 (1967), presenting a professional evaluation of the record in each
cause demonstrating why there are no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate records and file a pro se response.  See Stafford
v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). At appellant=s request, the record in each cause
was provided to him.  On January 23, 2009, appellant filed a pro se response to
counsel=s brief.

We have
carefully reviewed the record in each cause and counsel=s brief, as well as appellant=s pro se response. We  agree with
counsel that the appeals are wholly frivolous and without merit.  Further, in
each cause we find no reversible error in the record.  A discussion of the
brief would add nothing to the jurisprudence of the state.  We are not to
address the merits of each claim raised in an Anders brief or a pro se
response when we have determined there are no arguable grounds for review.  See
Bledsoe v. State, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005).  

Accordingly,
in each cause the judgment of the trial court is affirmed.

 

PER CURIAM

 

Panel consists of Justices Frost, Brown, and Boyce.

Do Not Publish C Tex. R. App. P.
47.2(b).